UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
19-CR-20410-MOORE

UNITED STATES OF AMERICA,

    Plaintiff

vs.

REESE CLARK,

    Defendant.

_____/

## AMENDED REPORT AND RECOMMENDATION

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Reese Clark (ECF No. 72).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 73). A telephone status conference was conducted on August 21, 2023, and was attended by counsel for the government, counsel for Defendant, and U.S. Probation Officer Jennifer Darden. Defense counsel represented that he had not had an opportunity to meet with the Defendant and sought additional time to advise the Court as to the need for an evidentiary hearing.

A second status conference was conducted on October 6, 2023 and was again attended by counsel for the Government, defense counsel and U.S. Probation Officer Nelson Valenzuela. At this hearing, counsel for Defendant Reece represented that his client intended to admit the violations alleged in the Second Superseding Petition (ECF No. 80) and thus, that no evidentiary hearing was warranted for the purpose of determining probable cause. After the undersigned

entered a Report and Recommendations, recommending that the Court set the matter for final hearing and accept the admission of guilt, a Third Superseding Petition was entered, adding three new alleged violations of supervised release (ECF No. 85). Another status conference was scheduled and conducted today, October 27, 2023. Defense counsel appeared and represented that he has spoken to Mr. Clark about the new allegations, and that it is his intention to admit all of the violations alleged in the Third Superseding Petition.

Accordingly, it is the recommendation of the undersigned that the Court set the matter for final hearing and accept Defendant's admission of guilt of the Supervised Release Violations as charged in the Third Superseding Petition.

The parties will have fourteen days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 27th day of October, 2023.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record